IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01189-ZLW

RUDY O. CABRERA,

        Petitioner,

v.

ARI ZAVARAS, Dir. of the Dept. of Corr., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

        Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

        This Court, in the above entitled proceeding, has rendered an Order denying the 28 U.S.C.§ 2254 Application and dismissing the action.  The Court has reviewed the record which conclusively shows that Petitioner is entitled to no relief.  The reasons stated in the Order And Judgment Of Dismissal filed August 3, 2007, are incorporated herein by reference as though fully set forth.  Accordingly, the Court finds that a certificate of appealability should not issue because Petitioner has not made a substantial showing of the denial of a constitutional right.  It is, therefore,

        ORDERED that no certificate of appealability will issue.

        DATED at Denver, Colorado this   22   day of   August , 2007.

                      BY THE COURT:

                      *[signature: Zita L. Weinshienk]*

                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court